

ORIGINAL

FILED

04/27/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0343

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0343

_____

ROBERT DANNELS,

     Plaintiff and Appellee,

v.

BNSF RAILWAY COMPANY,

     Defendant and Appellant.

_____

FILED

APR 2 7 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Justice Laurie McKinnon has recused herself from this matter, which has been set for oral argument on June 10, 2020.

IT IS ORDERED that the Honorable Amy Eddy, District Judge, will sit as a member of this Court in place of Justice McKinnon.

The Clerk is directed to provide a copy of this Order to all counsel of record and to the Honorable Amy Eddy, District Judge.

DATED this 27ᵗʰ day of April, 2020.

For the Court,

By _____
          Chief Justice